IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

MICHAEL W. PELHAM                          §

VS.                                        §                    CIVIL ACTION NO. 6:05cv413

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION             §

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition.  No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED**.

**SIGNED this 21st day of March, 2007.**


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE